**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIE HUDSON**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00094-LPR**

**ELITE WORKFORCE MANAGEMENT,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that judgment is entered dismissing this case with prejudice.  The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

IT IS SO ADJUDGED this 10th day of December 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE